UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  DATE: 5/10/2016

**HONORABLE GUSTAVO A. GELPI**  **CASE: 3:16-CR-0218 (GAG)**

COURTROOM DEPUTY: Ada Lopez

COURT REPORTER: Evilys Carrion

Attorneys:

UNITED STATES OF AMERICA

Max Perez, AUSA
Normary Figueroa, AUSA

VS

| | |
|---|---|
| 1- Alfredo Umpierre-Santiago | Rafael Castro Lang (arrived at 9:50am) |
| 2- Luis Angel Guerrido-Medina | Thomas Trebilcock |
| 3- Juan Rosario-Marrero | Francisco Rebollo |
| 4- Steven Tapia-Morales | Jose Aguayo |
| 5- Elvin Morales-Ramirez | Laura Maldonado |
| 6- Obryan Hernandez-Lopez | Francisco Adams |
| 7- Luis R. Cotto-Rivera | Juan Matos De Juan |
| 8- Ivan Martinez-Torres | Leonardo Aldrige |
| 9-Enrique Perez-Rivera | Eduardo Ferrer (not present) |
| 10-David Vargas-Santiago | Rachel Brill<br>Steven Potolsky |
| 11-Jahn M. Fermin-Cortes | Ernesto Hernandez |
| 12-Carlos Fidian Jimenez-Feliz | Jorge Vega Pacheco |
| 13-Jose Reyes-Nevarez | (fugitive) |

| | |
|---|---|
| 14-Gabriel Velez | Jason Gonzalez |
| 15-Yarelis E. Garcia-Ruiz | Anita Hill |
| 16-Javier Ortiz-Nieves | Anita Hill for Jose Gaztambide |
| 17-Stephanie Herrera-Montanez | Joseph Laws |
| 18-Karina Alamo-Marrero | Javier Morales |
| 19-Yeisha M. Pedraza-Santiago | Mariangela Tirado |
| 20-Jimmy Molina-Otero | Julio Gonzalez |
| 21-Edmanuel Laureano-Spanoz | Marie Cortes |

**Status Conference held.**

Also present in court was Eric Vos from the Federal Public Defender office. The Government informed that the first discovery package was provided, in 10-15 working days additional and also individualized discovery packages will be provided.  The FBI is still processing some evidence. Discovery packages are available in hard copy for counsels who request them.

The Government shall file a proposed order as to Speedy Trial Act.

Parties requested the consolidation of this case as to defendants  #7, #6, #8, #9 and #2 who are also indicted in case 15-640 JAG, request was granted. Case 15-640 JAG shall be consolidated with this case. No objection from the government.

Parties discussed matters in regards to death penalty eligible defendants who are #1,#3,#5,#10,#11,#13 and #16.

Counsel Laura Maldonado requested to be heard ex-parte.

Courtroom was sealed and only counsels of defendants who are death penalty eligible and court staff remain in court, parties discussed the matter of learned counsel appointment. Orders appointing learned counsel shall enter.

A Budgeting Conference will be set for the first week of June.

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

**Further Status Conference set for 08/01/2016 at 9:00am.**

>S/ Ada Lopez
>Courtroom Deputy Clerk