Scheduled: 9:00 AM
Started: 9:36 AM
Ended: 9:41 AM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona        DATE: August 1st, 2016

COURT REPORTER: Evilys Carrion                  **CASE #: CR-16-218 (GAG)**

---

UNITED STATES OF AMERICA                        **ATTORNEYS:**

                                                AUSA Max Perez-Bouret
                                                SAUSA Normary Figueroa

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA; | Thomas Trebilcock (substituted by Atty. Adams) |
| [3] JUAN ROSARIO-MARRERO; | Ignacio Fernandez (not present) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ; | Francisco Adams |
| [7] LUIS COTTO-RIVERA; | Juan Matos (substituted by Atty. Acevedo) |
| [8] IVAN MARTINEZ-TORRES; | AFPD John Connors |
| [9] ENRIQUE PEREZ-RIVERA; | Eduardo Ferrer-Rios |
| [10] DAVID VARGAS-SANTIAGO; | Rachel Brill (not present) |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez-Milan |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | |
| [14] GABRIEL VELEZ; | Jason Gonzalez |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill (not present) |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide (not present) |
| [17] STEPHANIE HERRERA-MONTANEZ; | Joseph Laws |
| [18] KARINA ALAMO-MARRERO; | Javier Morales (not present) |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO. | Marie Cortes |

---

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that the remaining fugitive defendant had recently been arrested in the state of Florida and was in the process of being brought to the jurisdiction. The government also indicated that discovery had been provided. However there were some outstanding reports that they had yet to receive.

**Outstanding discovery due by September 1st, 2016. Dispositive Motions due by October 1st, 2016. Further Status Conference is set for October 24th, 2016 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk