Scheduled: 9:00 AM
Started: 9:32 AM
Ended: 9:40 AM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: October 24th, 2016

COURT REPORTER: Evilys Carrion                    **CASE #: CR-16-218 (GAG)**

| UNITED STATES OF AMERICA | **ATTORNEYS:** |
|---|---|
| | AUSA Max Perez-Bouret |
| VS. | |
| [1] ALFREDO UMPIERRE-SANTIAGO; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA; | Thomas Trebilcock (not present) |
| [3] JUAN ROSARIO-MARRERO; | Ignacio Fernandez |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ; | Francisco Adams |
| [7] LUIS COTTO-RIVERA; | Juan Matos (not present) |
| [8] IVAN MARTINEZ-TORRES; | AFPD John Connors |
| [9] ENRIQUE PEREZ-RIVERA; | Eduardo Ferrer-Rios |
| [10] DAVID VARGAS-SANTIAGO; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez-Milan |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher (not present) |
| [14] GABRIEL VELEZ; | Jason Gonzalez (not present) |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| [17] STEPHANIE HERRERA-MONTANEZ; | Joseph Laws (not present) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO. | Marie Cortes |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that discovery had been provided, however some discovery was still outstanding. This case is also related to Cr. 15-640 which was reassigned to this judge.

Ex-parte sidebar conference held by Atty. Brill to discuss voucher matters.

**Outstanding discovery and plea offers due by December 19th, 2016. Further Status Conference is set for December 19th, 2016 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk