Scheduled: 9:00 AM
Started: 10:21 AM
Ended: 10:23 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: December 19th, 2016

COURT REPORTER: Evilys Carrion                    **CASE #: CR-16-218 (GAG)**

| UNITED STATES OF AMERICA | **ATTORNEYS:** |
|---|---|
| | AUSA Max Perez-Bouret |
| | SAUSA Normary Figueroa |
| VS. | |
| [1] ALFREDO UMPIERRE-SANTIAGO; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Ignacio Fernandez (substituted by Atty. Maldonado) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ; | Francisco Adams |
| [7] LUIS COTTO-RIVERA; | Juan Matos |
| [8] IVAN MARTINEZ-TORRES; | AFPD John Connors |
| [9] ENRIQUE PEREZ-RIVERA; | Eduardo Ferrer-Rios (not present) |
| [10] DAVID VARGAS-SANTIAGO; | Rachel Brill (substituted by Atty. Aguayo) |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez-Milan (not present) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| [17] STEPHANIE HERRERA-MONTANEZ; | Joseph Laws (substituted by Atty. Melanie Matos) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO. | Marie Cortes |

**CASE CALLED FOR FURTHER STATUS CONFERENCE:**

The government informed that plea offers have not been provided yet, however they were expected to be provided within the next 30 days. The government also indicated that additional discovery had been provided today and some discovery is still outstanding.

**Outstanding discovery due by January 15th, 2017. Further Status Conference is set for March 6th, 2017 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk