Scheduled: 9:00 AM
Started: 10:42 AM
Ended: 11:04AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona       DATE: March 6th, 2017

COURT REPORTER: Evilys Carrion                 **CASE #: CR-16-218 (GAG)**

---

UNITED STATES OF AMERICA                       **ATTORNEYS:**

                                               AUSA Max Perez-Bouret

VS.

[1] ALFREDO UMPIERRE-SANTIAGO;        Rafael Castro-Lang (substituted by Atty. Vega)
[2] LUIS ANGEL GUERRIDO-MEDINA;       Thomas Trebilcock
[3] JUAN ROSARIO-MARRERO;             Ignacio Fernandez (substituted by Atty. Brill)
[4] STEVEN TAPIA-MORALES;             Jose Aguayo
[5] ELVIN MORALES-RAMIREZ;            Laura Maldonado
[6] OBRYAN HERNANDEZ-LOPEZ;           Francisco Adams
[7] LUIS COTTO-RIVERA;                Juan Matos (substituted by Atty. Gonzalez)
[8] IVAN MARTINEZ-TORRES;             AFPD John Connors (substituted by Atty. Gonzalez)
[9] ENRIQUE PEREZ-RIVERA;             Eduardo Ferrer-Rios
[10] DAVID VARGAS-SANTIAGO;           Rachel Brill
[11] JAHN FERMIN-CORTES;              Ernesto Hernanez-Milan
[12] CARLOS JIMENEZ-FELIZ;            Jorge Vega-Pacheco
[13] JOSE REYES-NEVAREZ;              Joseph Boucher
[14] GABRIEL VELEZ;                   Jason Gonzalez
[15] YARELIS GARCIA-RUIZ;             Anita Hill
[16] JAVIER ORTIZ-NIEVES;             Jose Gaztambide (substituted by Atty. Johnny Rivera)
[17] STEPHANIE HERRERA-MONTANEZ;      Joseph Laws
[18] KARINA ALAMO-MARRERO;            Javier Morales (substituted by Atty. Maldonado)
[19] YEISHA PEDRAZA-SANTIAGO;         Mariangela Tirado (not present)
[20] JIMMY MOLINA-OTERO;              Julio Gonzalez
[21] EDMANUEL LAUREANO;               Marie Cortes
[23] JOSUE DIAZ-TIRADO;               Julio Gil-de Lamadrid
[24] EMILINE BAEZ-AYALA.              Juan Milanes

---

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that the Indictment had been superseded in the case. The government also stated that the case is death penalty eligible, however at the moment the defendants are not facing the death penalty since the committee has not made a decision yet. Defendants #2, #3, #16, #22 and #23 are the defendants that are still death penalty eligible. Defendant #22 is still a fugitive.

Atty. Brill substituting Atty. Fernandez stated that he would be requesting learned counsel for his client since his defendant is death penalty eligible. Atty. Rivera substituting Atty. Gaztambide joined the request. As well as Atty. Gil-de Lamadrid. Attorneys with defendants that are death penalty eligible to meet with the FPD's Office to discuss counsel available to be appointed as learned counsel and file a joint motion by **3/14/2017**.

**Government to notify as to death penalty certification by June 1st, 2017. Further Status Conference is set for June 28th, 2017 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk