**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Scheduled: 9:00 AM
Started: 10:31 AM
Ended: 10:44 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona         DATE: June 28th, 2017

COURT REPORTER: Evilys Carrion                   **CASE #: CR-16-218 (GAG)**

---

UNITED STATES OF AMERICA                         **ATTORNEYS:**

                                                 AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA; | Thomas Trebilcock |
| | John Kiyonaga |
| [3] JUAN ROSARIO-MARRERO; | Ignacio Fernandez (not present) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ; | Francisco Adams |
| [7] LUIS COTTO-RIVERA; | Juan Matos (not present) |
| [8] IVAN MARTINEZ-TORRES; | AFPD John Connors (substituted by AFPD Vazquez) |
| [9] ENRIQUE PEREZ-RIVERA; | Eduardo Ferrer-Rios |
| [10] DAVID VARGAS-SANTIAGO; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez-Milan |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez (substituted by Atty. Oppenheimer) |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill (substituted by Atty. Oppenheimer) |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| | Gary Proctor |
| [17] STEPHANIE HERRERA-MONTANEZ; | Joseph Laws |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO; | Marie Cortes |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid |
| [24] EMILINE BAEZ-AYALA. | Juan Milanes (excused) |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that by Friday all defendants should be arraigned after the Second Superseding Indictment. The government also stated that defendant #22 was the only one that remained absconded at the moment. The government is in the process of discussing the evidence

with attorneys for the defense and plea negotiations are ongoing. This case has yet to be certified as a death penalty case by the US DOJ.

The Court urged the US DOJ to return a decision on whether or not the case will be certified as a death penalty case.

Ex parte sidebar conference held by Attys. Laura Maldonado and Javier Morales to discuss motion filed at D.E. 414.

The court ordered the attorneys for the death penalty eligible defendants to confer with the First Circuit budget attorney by 7/4/2017.

The court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for November 1st, 2017 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk