# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 09:45 AM
Ended: 09:47 AM

## MINUTES OF PROCEEDINGS

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona        DATE: November 17th, 2017

COURT REPORTER: Evilys Carrion                  **CASES #: CR-16-218 (GAG)**
                                                **CR- 15-640 (GAG)**
                                                **CR-15-781 (GAG)**
                                                **CR- 16-280 (GAG)**

---

UNITED STATES OF AMERICA                         **ATTORNEYS:**

                                                 AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang (not present) |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado (substituted by Atty. Trebilcock) |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams (substituted by Atty. Trebilcock) |
| [7] LUIS COTTO-RIVERA[4]; | Juan Matos (substituted by Atty. Trebilcock) |
| [8] IVAN MARTINEZ-TORRES[5]; | AFPD John Connors |
| [9] ENRIQUE PEREZ-RIVERA[6]; | Eduardo Ferrer-Rios (substituted by Atty. Trebilcock) |
| [10] DAVID VARGAS-SANTIAGO[7]; | Rachel Brill (substituted by Atty. Luis Rodriguez) |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez (substituted by Atty. Gaztambide) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco (substituted by Atty Aguayo) |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez (substituted by Atty. Gaztambide) |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill (substituted by Atty. Gaztambide) |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| [17] STEPHANIE HERRERA-MONTANEZ; | Joseph Laws (substituted by Atty. Melanie Matos) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez (substituted by Atty. Trebilcock) |
| [21] EDMANUEL LAUREANO; | Marie Cortes |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid (not present) |
| [24] EMILINE BAEZ-AYALA. | Luis Rodriguez-Munoz |

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #7 Luis Cotto-Rivera also appears as defendant #4 in Cr. 15-640.
[5] Defendant #8 Ivan Martinez-Torres also appears as defendant #2 in Cr. 15-640.
[6] Defendant #9 Enrique Perez-Rivera also appears as defendant #6 in Cr. 15-640.
[7] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa, substituted at this hearing by Atty. Trebilcock.

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that had been involved in discussions and negotiations with the defense and that plea offers would be extended soon. The government also stated that defendant #22 was still a fugitive.

The Court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for February 5th, 2018 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk