UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 09:55 AM
Ended: 09:58 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona             DATE: February 5th, 2018

COURT REPORTER: Evilys Carrion             **CASES #: CR-16-218 (GAG)**
                                                                                 **CR- 15-640 (GAG)**
                                                                                **CR-15-781 (GAG)**
                                                                                **CR- 16-280 (GAG)**

| UNITED STATES OF AMERICA | **ATTORNEYS:** |
|---|---|
| | AUSA Marc Chattah |
| VS. | |
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Ignacio Fernandez (not present) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams (substituted by Atty. Trebilcock) |
| [7] LUIS COTTO-RIVERA[4]; | Juan Matos (substituted by Atty. Rosa) |
| [9] ENRIQUE PEREZ-RIVERA[5]; | Eduardo Ferrer-Rios |
| [10] DAVID VARGAS-SANTIAGO[6]; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez (not present) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher (substituted by Atty. Gaztambide) |
| [14] GABRIEL VELEZ; | Jason Gonzalez (substituted by Atty. Rosa) |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill (substituted by Atty. Julio Gonzalez) |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| [17] STEPHANIE HERRERA-MONTANEZ; | Melanie Matos |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO; | Marie Cortes |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid (substituted by Cristina Gil) |
| [24] EMILINE BAEZ-AYALA. | Luis Rodriguez-Munoz |

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #7 Luis Cotto-Rivera also appears as defendant #4 in Cr. 15-640.
[5] Defendant #9 Enrique Perez-Rivera also appears as defendant #6 in Cr. 15-640.
[6] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa, who was present in court.

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that discovery had been provided and plea offers had been tendered.

Defendant #23 had requested a new offer.

Atty. Rosa indicated that his client, Yaritza Mojica was the only one not indicted in the bigger case #16-218 and that he had opposed the "consolidation" of his client since she is not indicted in the main case and is not able to receive notifications of filings in #16-218.

**Further Status Conference is set for May 2nd, 2018 at 9:00 AM in Old San Juan Courtroom before Judge  Gustavo A. Gelpi.**


The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk