UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 10:10 AM
Ended: 10:20 AM

## MINUTES OF PROCEEDINGS

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: May 2nd, 2018

COURT REPORTER: Evilys Carrion                    **CASES #: CR-16-218 (GAG)**
                                                  **CR-15-640 (GAG)**
                                                  **CR-15-781 (GAG)**
                                                  **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                          **ATTORNEYS:**

                                                  AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Ignacio Fernandez (not present) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams |
| [7] LUIS COTTO-RIVERA[4]; | Juan Matos |
| [8] IVAN MARTINEZ-TORRES[5]; | AFPD John Connors (substituted by AFPD Ramos) |
| [9] ENRIQUE PEREZ-RIVERA[6]; | Eduardo Ferrer-Rios |
| [10] DAVID VARGAS-SANTIAGO[7]; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernanez (not present) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez (substituted by Atty. Bisbal) |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill (not present) |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| [17] STEPHANIE HERRERA-MONTANEZ; | Melanie Matos |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO; | Marie Cortes (not present) |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid |

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #7 Luis Cotto-Rivera also appears as defendant #4 in Cr. 15-640.
[5] Defendant #8 Ivan Martinez-Torres also appears as defendant #2 in Cr. 15-640.
[6] Defendant #9 Enrique Perez-Rivera also appears as defendant #6 in Cr. 15-640.
[7] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa, substituted at this hearing by Atty. Bisbal.

[24] EMILINE BAEZ-AYALA.                                    Luis Rodriguez-Munoz (substituted by Atty. Gaztambide)

---

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that defendant #22 remained absconded and that the parties were engaged in plea negotiations. The government also stated that there was a pending Franks Hearing before Magistrate McGiverin set for 5/16/2018.

Atty. Gil-de la Madrid indicated that the visiting in hours in Bayamon were limited.

The Court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for August 8th, 2018 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk