UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 9:45 AM
Ended: 9:49 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: August 13th, 2018

COURT REPORTER: Evilys Carrion                    **CASES #: CR-16-218 (GAG)**
                                                  **CR-15-640 (GAG)**
                                                  **CR-15-781 (GAG)**
                                                  **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                          **ATTORNEYS:**

                                                  AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo (substituted by Ian Terron-Molina) |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams |
| [8] IVAN MARTINEZ-TORRES[4]; | AFPD John Connors (substituted by AFPD Marrero) |
| [9] ENRIQUE PEREZ-RIVERA[5]; | Eduardo Ferrer-Rios |
| [10] DAVID VARGAS-SANTIAGO[6]; | Rachel Brill (not present) |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernandez |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez (not present) |
| [15] YARELIS GARCIA-RUIZ; | Anita Hill (not present) |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide |
| [17] STEPHANIE HERRERA-MONTANEZ; | Lydia Lizzaribar |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez |
| [21] EDMANUEL LAUREANO; | Marie Cortes (excused) |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid |
| [24] EMILINE BAEZ-AYALA. | Luis Rodriguez-Munoz |

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #8 Ivan Martinez-Torres also appears as defendant #2 in Cr. 15-640.
[5] Defendant #9 Enrique Perez-Rivera also appears as defendant #6 in Cr. 15-640.
[6] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa, who was present in court.

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that a Suppression Hearing was held before Magistrate Judge McGiverin and a Report and Recommendation had been issued. Ruling is still pending.

The Court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for October 31st, 2018 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk