# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 10:01 AM
Ended: 10:09 AM

## MINUTES OF PROCEEDINGS

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona            DATE: October 31st, 2018

COURT REPORTER: Evilys Carrion            **CASES #: CR-16-218 (GAG)**
                                          **CR-15-640 (GAG)**
                                          **CR-15-781 (GAG)**
                                          **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                **ATTORNEYS:**

                                        AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock (substituted by Atty. Vega) |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado (substituted by Atty. Adams) |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams |
| [8] IVAN MARTINEZ-TORRES[4]; | AFPD John Connors (substituted by AFPD Mora) |
| [9] ENRIQUE PEREZ-RIVERA[5]; | Eduardo Ferrer-Rios (not present) |
| [10] DAVID VARGAS-SANTIAGO[6]; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernandez |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher (substituted by Atty. Vega) |
| [14] GABRIEL VELEZ; | Jason Gonzalez |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide (substituted by Atty. Vega) |
| [17] STEPHANIE HERRERA-MONTANEZ; | Lydia Lizzaribar (substituted by Atty. Vega) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado (substituted by Atty. Cortes) |
| [20] JIMMY MOLINA-OTERO; | Julio Gonzalez (substituted by Atty. Vega) |
| [21] EDMANUEL LAUREANO; | Marie Cortes |
| [22] ONIX NUNEZ-ALAMO; | Maria Dominguez |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid (not present) |
| [24] EMILINE BAEZ-AYALA. | Luis Rodriguez-Munoz |

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #8 Ivan Martinez-Torres also appears as defendant #2 in Cr. 15-640.
[5] Defendant #9 Enrique Perez-Rivera also appears as defendant #6 in Cr. 15-640.
[6] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa, who was substituted by Atty. Gonzalez.

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that defendant #22 was recently arrested and was the only defendant still fugitive. The government also stated that they wanted to meet with counsel for defendants that are facing murder charges. All parties are engaged in plea negotiations.

Defendant #22 is still awaiting decision from the committee regarding the death penalty.

Sidebar conference held as to defendant #22. Atty. Maria Dominguez is appointed as learned counsel as to defendant #22 and Atty. Prado will remain as local counsel.

Atty. Rebollo stated that his client had been outside the jurisdiction for more than a year and indicated he had filed a motion for him to be brought back, the same had been denied without prejudice.

The Court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for March 6th, 2019 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk