UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 10:30 AM
Ended: 10:37 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona              DATE: March 6th, 2019

COURT REPORTER: Evilys Carrion                         **CASES #: CR-16-218 (GAG)**
                                                       **CR-15-640 (GAG)**
                                                       **CR-15-781 (GAG)**
                                                       **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                              **ATTORNEYS:**

                                                      AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock (not present) |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo (not present) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado (substituted by Atty. Adams) |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams |
| [10] DAVID VARGAS-SANTIAGO[4]; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernandez (not present) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez |
| [16] JAVIER ORTIZ-NIEVES; | Jose Gaztambide (not present) |
| [17] STEPHANIE HERRERA-MONTANEZ; | Lydia Lizzaribar (not present) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado (substituted by Atty. Cortes) |
| [21] EDMANUEL LAUREANO; | Marie Cortes |
| [22] ONIX NUNEZ-ALAMO; | Edwin Prado |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid |
| [24] EMILINE BAEZ-AYALA. | Luis Rodriguez-Munoz |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that the parties were engaged in plea negotiations.

Atty. Vega-Pacheco indicated that his client had been moved from the jurisdiction.

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa.

Atty. Brill stated that negotiations were ongoing as to her client and that a suppression motion may be filed in Cr. 16-280.

The Court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for May 8th, 2019 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi. Case will be set for trial at the next status conference.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk