UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 9:59 AM
Ended: 10:05 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: May 8th, 2019

COURT REPORTER: Evilys Carrion                    **CASES #: CR-16-218 (GAG)**
                                                  **CR-15-640 (GAG)**
                                                  **CR-15-781 (GAG)**
                                                  **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                          **ATTORNEYS:**

                                                  AUSA Max Perez-Bouret

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang (excused) |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock (substituted by Atty. Maldonado) |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams (substituted by Atty. Maldonado) |
| [10] DAVID VARGAS-SANTIAGO[4]; | Rachel Brill (substituted by Atty. Aguayo) |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernandez (not present) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco (substituted by Atty. Gonzalez) |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher |
| [14] GABRIEL VELEZ; | Jason Gonzalez |
| [17] STEPHANIE HERRERA-MONTANEZ; | Lydia Lizzaribar |
| [18] KARINA ALAMO-MARRERO; | Javier Morales (substituted by Atty. Aguayo) |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [21] EDMANUEL LAUREANO; | Marie Cortes |
| [22] ONIX NUNEZ-ALAMO; | Maria Dominguez (substituted by Atty. Rebollo) |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid |
| [24] EMILINE BAEZ-AYALA. | Luis Rodriguez-Munoz (substituted by Atty. Cortes) |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that several defendants had changed their pleas, there are 9 defendants that have not informed if they will be going to trial and the remaining defendants are engaged in plea negotiations. The government also stated that as to defendant #22 they had

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.
*Defendant #5 in Cr. 15-640 Yaritza Mojica-Ortiz is represented by Atty. Alex Rosa who was not present.

received notice that this defendant had **not** been certified for the death penalty. As to defendant #5 in related case Cr. 15-640 the government indicated that the parties were close to an agreement.

The court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Further Status Conference is set for July 15th, 2019 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk