UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 10:52 AM
Ended: 10:56 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: July 19th, 2019

COURT REPORTER: Evilys Carrion          **CASES #: CR-16-218 (GAG)**
                                        **CR-15-640 (GAG)**
                                        **CR-15-781 (GAG)**
                                        **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                **ATTORNEYS:**

                                        AUSA Kelly Zenon

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang (substituted by Atty. Vega) |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo (substituted by Atty. Gaztambide) |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams |
| [10] DAVID VARGAS-SANTIAGO[4]; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernandez (substituted by Atty. Efrain de Luna) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [13] JOSE REYES-NEVAREZ; | Joseph Boucher (not present) |
| [17] STEPHANIE HERRERA-MONTANEZ; | Lydia Lizzaribar (substituted by Atty. Maldonado) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [22] ONIX NUNEZ-ALAMO; | Maria Dominguez (substituted by Atty. Manuel Franco) |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid (excused) |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that several defendants had changed their pleas since the last status and that plea negotiations are ongoing and they are in the process of meeting with all attorneys for the defense.

The court also noted that this case is related to cases #15-640, #15-781 and #16-280.

Atty. Brill informed that she would file a motion to suppress as to her client.

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.

**Dispositive motions due by 9/1/2019. Further Status Conference is set for October 21st, 2019 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk