UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 10:01 AM
Ended: 10:08 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona                DATE: October 21st, 2019

COURT REPORTER: Evilys Carrion                **CASES #: CR-16-218 (GAG)**
                                              **CR-15-640 (GAG)**
                                              **CR-15-781 (GAG)**
                                              **CR- 16-280 (GAG)**

UNITED STATES OF AMERICA                              **ATTORNEYS:**

                                              AUSA Max Perez

VS.

| | |
|---|---|
| [1] ALFREDO UMPIERRE-SANTIAGO[1]; | Rafael Castro-Lang (not present) |
| [2] LUIS ANGEL GUERRIDO-MEDINA[2]; | Thomas Trebilcock |
| [3] JUAN ROSARIO-MARRERO; | Francisco Rebollo (not present) |
| [4] STEVEN TAPIA-MORALES; | Jose Aguayo |
| [5] ELVIN MORALES-RAMIREZ; | Laura Maldonado (substituted by Atty. Adams) |
| [6] OBRYAN HERNANDEZ-LOPEZ[3]; | Francisco Adams |
| [10] DAVID VARGAS-SANTIAGO[4]; | Rachel Brill |
| [11] JAHN FERMIN-CORTES; | Ernesto Hernandez (not present) |
| [12] CARLOS JIMENEZ-FELIZ; | Jorge Vega-Pacheco |
| [17] STEPHANIE HERRERA-MONTANEZ; | Lydia Lizzaribar (not present) |
| [18] KARINA ALAMO-MARRERO; | Javier Morales |
| [19] YEISHA PEDRAZA-SANTIAGO; | Mariangela Tirado |
| [22] ONIX NUNEZ-ALAMO; | Maria Dominguez (substituted by Atty. Jose Wiscovitch) |
| [23] JOSUE DIAZ-TIRADO; | Julio Gil-de Lamadrid |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that meetings with counsel regarding offers were ongoing, some of the pending defendants have murder counts.

The court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Final designation of evidence due by 12/30/2019. Dispositive motions and Change of plea deadline is 1/20/2020. Further Status Conference is set for February 5th, 2020 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk