**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Scheduled: 9:00 AM
Started: 9:58 AM
Ended: 10:08 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: February 5th, 2020

COURT REPORTER: Evilys Carrion          **CASES #: CR-16-218 (GAG)**
                                        **CR-15-640 (GAG)**
                                        **CR-15-781 (GAG)**
                                        **CR- 16-280 (GAG)**

---

UNITED STATES OF AMERICA                **ATTORNEYS:**

                                        AUSA Max Perez

VS.

[1] ALFREDO UMPIERRE-SANTIAGO[1];       Rafael Castro-Lang (not present)
[2] LUIS ANGEL GUERRIDO-MEDINA[2];      Thomas Trebilcock (substituted by Atty. Adams)
[3] JUAN ROSARIO-MARRERO;               Francisco Rebollo
[4] STEVEN TAPIA-MORALES;               Jose Aguayo
[5] ELVIN MORALES-RAMIREZ;              Laura Maldonado
[6] OBRYAN HERNANDEZ-LOPEZ[3];          Francisco Adams
[10] DAVID VARGAS-SANTIAGO[4];          Rachel Brill
[11] JAHN FERMIN-CORTES;                Ernesto Hernandez
[19] YEISHA PEDRAZA-SANTIAGO;           Mariangela Tirado (substituted by Atty. Brill)
[22] ONIX NUNEZ-ALAMO;                  Javier Micheo
[23] JOSUE DIAZ-TIRADO.                 Julio Gil-de Lamadrid

---

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that most probably six (6) defendants have stated their desire to go to trial. Expected trial length is four weeks. The government requested trial setting and a change of plea deadline.

The court also noted that this case is related to cases #15-640, #15-781 and #16-280.

**Final Change of Plea deadline is 6/10/2020. Further Status Conference is set for June 10th, 2020 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi. All remaining defendants will be set for trial at the next status conference.**

---

[1] Defendant #1 Alfredo Umpierre-Santiago also appears in Cr. 15-781.
[2] Defendant #2 Luis Angel Guerrido-Medina also appears as defendant #1 in Cr. 15-640.
[3] Defendant #6 Obryan Hernandez-Lopez also appears as defendant #3 in Cr. 15-640.
[4] Defendant #10 David Vargas-Santiago also appears in Cr. 16-280.

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk